UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 22-314 |
| Plaintiff, | ) ) ) | (D. HAWAII NO. CR 22-00050 DKW) |
| v. | ) ) | DETENTION ORDER |
| EDWARD GORDON WILDERMAN, | ) ) ) ) | |
| Defendant. | ) | |

<u>Offense charged in Indictment, filed June 16, 2022</u>

Person required to register as a sex offender, traveled in interstate commerce and failed to update registration.

<u>Date of Detention Hearing</u>:  July 20, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

SUMMARY OF PROCEDURAL HISTORY, AND CURRENT POSTURE

There are two cases pending against defendant in the District of Hawaii:

2013 Supervised release Case, CR13-00666HG-01.  Defendant was convicted and sentenced in 2013 on a charge of Failure to Resister as a sex offender.  He was sentenced to imprisonment, followed by a term of supervised release.  The U.S. Probation Office charged him on June 3, 2022 with three violations of his conditions of supervised release.  These included allegations that defendant had left a drug program in Hawaii without permission, and had absconded to the State of Washington.  Upon his arrest in Washington in 2022, the Magistrate Judge in Hawaii held a telephonic hearing, and ordered defendant to report to the Federal Detention Center in SeaTac, Washington.  Defendant failed to do so, and the Magistrate Judge issued a no bail warrant for his arrest and a Detention Order.

Indictment in Hawaii Case CR22-00050 DKW.  Defendant was indicted on June 16, 2022, on a charge that he was a person required to register as a sex offender, and traveled in interstate commerce without updating his registration.  He was arrested in the Western District of Washington, and made his initial appearance on this charge on July 20, 2022 before Magistrate Judge John L. Weinberg.  The Clerk assigned Western Washington number MJ22-314.

SUMMARY OF PROCEEDINGS BEFORE MAGISTRATE JUDGE 07/20/22

The court appointed the Federal Public Defender to represent defendant.  After consulting

with counsel, defendant filed a written waiver of various rights, including those under Rules 5 and 20; and consented to issuance of an order directing him to appear and answer in the District of Hawaii. The court therefore entered an Order of Transfer. The United States moved for detention, primarily relying upon the existing Detention Order in the Supervised Release case. Defense counsel stipulated to detention.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The court adopts and incorporates the reasons expressed by the Magistrate Judge in Hawaii in the Detention Order entered in the supervised release case.

(2) Defendant and his counsel have stipulated to detention in this case.

(3) Defendant allegedly violated conditions of his supervised release in the related case, after his arrest, failed to comply with the order of the Hawaii court to report to the Federal Detention Center.

It is therefore ORDERED:

1, Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3, On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer, and to the Clerk of the U.S. District Court for the District of Hawaii.

DATED this 27th day of July, 2022.

*John L. Weinberg*
United States Magistrate Judge

DETENTION ORDER
PAGE -4